**Amy P. Lally, SBN 198555**
alally@sidley.com
**Michelle B. Goodman, SBN 218607**
mgoodman@sidley.com
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California  90013**
**Telephone:  (213) 896-6000**
**Facsimile:  (213) 896-6600**

**Attorneys for Defendant**
**NATURE'S WAY PRODUCTS, LLC**

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM PFLEG, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>      v.<br><br>NATURE'S WAY PRODUCTS, INC; and DOES 1 -25, Inclusive,<br><br>        Defendants. | Civil Action No. **3:12-cv-01018-LAB-BLM**<br><br>**Assigned to:**  Hon. Larry Alan Burns<br>**Location:**     Courtroom 9<br>**Date:**         July 23, 2012<br>**Time:**         11:15 a.m.<br><br>**DEFENDANT NATURE'S WAY PRODUCTS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT FRCP 12(B)(6)** |

---

**NOTICE OF MOTION AND MOTION TO DISMISS**

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 23, 2012, at 11:15 a.m., in Courtroom 9 of the United States District Court for the Southern District of California, located at 880 Front Street, San Diego, California, before the Honorable Larry Alan Burns, presiding, Defendant Nature's Way Products, LLC ("Nature's Way") will and hereby does move for an order dismissing all claims in the Complaint filed in this action pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground that the claims in the Complaint fail to state a claim upon which relief can be granted.

Nature's Way's Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, Nature's Way's Request for Judicial Notice in Support of this Motion to Dismiss, any Reply Memorandum submitted by Nature's Way, the pleadings and filings in this action, any additional matter of which the Court may take judicial notice, and such further evidence or argument as may be presented before or at the hearing on this Motion. Nature's Way requests that the Court grant oral argument on this Motion.


Dated: May 16, 2012                           Respectfully submitted,

                                              SIDLEY AUSTIN LLP


                                              By: **s/ Michelle B. Goodman**
                                              Attorneys For Defendant
                                              Nature's Way Products, LLC
                                              E-mail: mgoodman@sidley.com

## CERTIFICATE OF SERVICE VIA CM/ECF SYSTEM

The undersigned certifies that on May 16, 2012, a true and correct copy of the following documents was electronically filed and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM-ECF system: **DEFENDANT NATURE'S WAY PRODUCTS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT FRCP 12(B)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT NATURE'S WAY PRODUCTS, LLC'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)**.

Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

By: **s/ Michelle B. Goodman**
Michelle B. Goodman, SBN 218607
mgoodman@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

*Attorneys for Defendant*
*Nature's Way Products, LLC*